UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN EDWARD GASPAR,

    Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

Case No. 19-12989

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE
ANTHONY P. PATTI

**ORDER ADOPTING REPORT AND RECOMMENDATION [17], DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [12], AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [14]**

On February 5, 2021, the Magistrate Judge issued a Report and Recommendation ("R&R") [17] on Plaintiff's Motion for Summary Judgment [12] and Defendant's Motion for Summary Judgment [14]. The R&R recommended that the Court deny Plaintiff's Motion [12] and grant Defendant's Motion [14]. Neither party has filed an objection to the R&R.

The Court having reviewed the record, the R&R [17] is hereby **ADOPTED** and entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment [12] is **DENIED.**

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment [14] is **GRANTED**.

**SO ORDERED**.

Dated: March 2, 2021

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge